# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0953
L.T. Case No. 1990-CF-001268-A

_____

FLOYD THOMAS KENNEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Floyd Thomas Kenney, Raiford, pro se.

James Uthmeier, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Appellee.

May 27, 2025

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and LAMBERT and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____